UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. ORTIZ,<br><br>       Plaintiff,<br><br>vs.<br><br>GEORGIA PACIFIC,<br><br>       Defendant. | CASE NO. 1:12-CV-01033 LJO GSA<br><br>**ORDER REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT** |

    Plaintiff seeks to file a First Amended Complaint, and toward that end, the parties entered a Stipulation on December 14, 2012 permitting Plaintiff to amend his complaint.

    In consideration of the foregoing, party agreement on the matter, and for good cause appearing, the Court orders that Plaintiff be permitted to file his First Amended Complaint.

IT IS SO ORDERED.

   Dated:   **December 19, 2012**             **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE