UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE ORTIZ,                                      CASE NO. CV F 12-1033 LJO GSA

              Plaintiff,          **ORDER TO DISMISS AND CLOSE ACTION**
(Doc. 63.)

    vs.

GEORGIA PACIFIC, LLC,

              Defendants.

_____/

      Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

    1.      DISMISSES with prejudice this entire action and all claims;

    2.      VACATES all pending dates and matters; and

    3.      DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **January 10, 2014**           **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1